# EXHIBIT 5
# To Cardinale's Opposition

# VALUING A BUSINESS

## The Analysis and Appraisal of Closely Held Companies

Third Edition

Shannon P. Pratt, DBA, CFA, FASA
Managing Director
*Willamette Management Associates*

Robert F. Reilly, CPA, CFA, ASA
Managing Director
*Willamette Management Associates*

Robert P. Schweihs, ASA
Managing Director
*Willamette Management Associates*

**IRWIN**
*Professional Publishing*
Chicago • Bogotá • Boston • Buenos Aires • Caracas
London • Madrid • Mexico City • Sydney • Toronto

**IRWIN** **Concerned about Our Environment**

In recognition of the fact that our company is a large end-user of fragile yet replenishable resourses, we at IRWIN can assure you that every effort is made to meet or exceed Environmental Protection Agency (EPA) recommendations and requirements for a "greener" workplace.

To preserve these natural assets, a number of environmental policies, both companywide and department-specific, have been implemented. From the use of 50% recycled paper in our textbooks to the printing of promotional materials with recycled stock and soy inks to our office paper recycle program, we are committed to reducing waste and replacing environmentally unsafe products with safer alternatives.

©Richard D. Irwin, A Times Mirror Higher Education Group, Inc. company, 1981, 1989, and 1996

*All rights reserved.* No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that neither the author or the publisher is engaged in rendering legal, accounting, or other professional service. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

*From a Declaration of Principles jointly adopted by a Committee of the American Bar Association and a Committee of Publishers.*

**Irwin Professional Book Group**

| | |
|---|---|
| Senior sponsoring editor: | Amy Hollands Gaber |
| Project editor: | Karen J. Nelson |
| Production supervisor: | Laurie Kersch |
| Assistant manager, desktop services: | Jon Christopher |
| Designer: | Matthew Baldwin |
| Compositor: | Electronic Publishing Services, Inc. |
| Typeface: | 11/13 Times Roman |
| Printer: | The Maple-Vail Book Manufacturing Group |

**Times Mirror**
**Higher Education Group**

**Library of Congress Cataloging-in-Publication Data**

Pratt, Shannon P.
Valuing a business: the analysis and appraisal of closely held companies/Shannon P. Pratt, Robert F. Reilly, Robert P. Schweihs. -- 3rd ed.
p. cm.
Includes bibliographical references and index.
ISBN 1-55623-971-8
1. Corporations--Valuation. 2. Corporations--Valuation--Law and legislation--United States. I. Reilly, Robert F. II. Schweihs. Robert P. III. Title.
HG4028.V3P7 1996
658.8'1--dc20 95-33137

*Printed in the United States of America*
1 2 3 4 5 6 7 8 9 0 MP 2 1 0 9 8 7 6 5

# Chapter 4

## Gathering Company Data


Generalized Company Information Checklist
Financial Statements
- Relevant Time Period
- Levels of Financial Statement Preparation
- Impact of Enterprise Legal Structure

Federal Income Tax Returns
Interim Statements
Other Financial Schedules
- Current Assets and Liabilities
- Plant and Equipment
- Officers' and Directors' Compensation Schedule
- Distribution of Ownership
- Dividend or Partnership Withdrawal Schedule
- Schedule of Key-Person Life Insurance

Off-Balance-Sheet Assets or Liabilities
Related Party Transaction Information
Operating Information
- Company History
- Brochures, Catalogs, and Price Lists
- Key Personnel
- Customer and Supplier Base
- Contractual Agreements and Obligations
- Industry and Trade Association Information

List of Past Transactions in the Stock or Offers to Buy
Budgets and Forecasts
Capital Requirements
- Capital Expenditures
- Deferred Maintenance
- Working Capital Requirements

Company Documents Relating to the Rights of Owners
- Corporate or Partnership Records
- Buy–Sell and ESOP Agreements
- Employment and Noncompete Agreements

Summary

*Behind every stock is a company. Find out what it's doing.*[1]

The next step in the valuation process, after carefully defining the assignment, is to gather the data necessary to conduct the assignment. These data can be categorized into three groups:

1. Company-specific data.
2. Data about the company's industry and economic environment.
3. Data about the subject property's market (market for ownership interests in the subject company).

The company-specific data are gathered from the subject company in written form and during site visits and interviews with people knowledgeable about the company. The gathering of this information is the subject of this and the next chapter.

The industry and economy data often can be provided by the subject company and can be gathered from publicly available sources. This is the subject of Chapter 6. Data about the market for ownership interests in the subject company include information about changes of ownership of competitors, about guideline company transactions, and about premiums and discounts that might apply to the subject property. These two categories of information gathering are covered in subsequent chapters in Part III.

The manner and sequence in which the data are gathered are important only to the extent that the process be complete and efficient. For example, supporting analysts may be collecting industry, economic, rate of return, and guideline transaction information at the same time that the principal analyst is working directly with the management of the subject company. In any case, it is important to convey a sufficient overview of the company and the assignment to all valuation team members at an early meeting so that all the analysts will be in a position to recognize important data as they proceed on the project.

If time allows, information gathered should be reviewed before the visit to the company so as to focus the interviewing process on the most essential factors that affect the value of the company, thereby minimizing the inconvenience of management interviews and also maximizing the productivity of the site visit.

Some of the information necessary to conduct the business valuation will need to be obtained through interviews with company management. Sometimes, however, the analyst merely inspects voluminous or highly sensitive documents and gets copies only of the information necessary to perform the assignment.

## Generalized Company Information Checklist

Written company-specific information that is generally used in business valuations is presented in Exhibit 4–1. This list is generic. Not every item on the list will be required for every appraisal, and in many circumstances, documents not listed must be reviewed. Working with this list, nevertheless, will assist the ana-

[1]Peter Lynch, with John Rothchild, *Beating the Street* (New York: Simon & Schuster, 1994), p. 305.

lyst in developing a subject-company-specific information request list. It will also be helpful to company officials and attorneys in the planning stages of a potential valuation engagement.

## Financial Statements

According to the American Institute of Certified Public Accountants (AICPA), the term *financial statements* refers to a presentation of financial data, including accompanying notes, derived from accounting records and intended to communicate an entity's economic resources or obligations at a point in time, or the changes therein for a period of time, in accordance with a comprehensive basis of accounting.[2]

Four traditional statements, along with the footnotes, together comprise the financial statements of a business entity. These are:

- Balance sheet (statement of financial position).
- Income statement (statement of income, statement of operations, or statement of earnings).
- Statement of cash flows (formerly, statement of changes in financial position).
- Statement of stockholders' equity (or statement of partners' capital).

The amounts of a company's assets, liabilities, and equity, as determined under generally accepted accounting principles (which is not necessarily the fair market value of these accounts) as of a given point in time, is the statement of financial position, more commonly referred to as the company's balance sheet. In contrast, the statement of results of operations, or the income statement, presents a financial summary of a company's operating results for a certain time period. The third statement, the statement of cash flows, is designed to provide information about the important changes in financial position that occurred during the accounting period. This statement is critical if net cash flow is an important measure of economic income in the valuation (as it is in many, if not most, cases), because it is a source of information on capital expenditures and changes in working capital.

It is important to recognize that, even within the scope of generally accepted accounting principles (GAAP), there are many decisions that management makes with respect to the accounting treatment of various company transactions. These include, for example, such things as choices of capitalizing or not capitalizing certain items, inventory accounting methods, and depreciation methods. The footnotes to financial statements and supporting schedules usually are helpful in understanding the company's treatment of such items.

The appraiser's function is not to audit, but to express an opinion of value on the basis of available financial information. In some situations, nevertheless, the accountants' work papers and/or company books may provide additional insight that is relevant to the appraisal, and the appraiser may request to see such information.

[2]American Institute of Certified Public Accountants, *AICPA Professional Standards*, vol. A (Chicago: Commerce Clearing House, 1989), p. 3312.

Case 1:22-cv-20375-RKA Document 157-5 Entered on FLSD Docket 10/02/2023 Page 7 of 16


It is important to point out that a different legal status of the business can have a dramatic impact on the valuation conclusions. Especially when it comes to partnerships, where partners do not share the earnings (or losses) in the same proportion (as their partnership share is entitled to upon liquidation, for instance), the legal rights and privileges of one equity owner could be substantially different from that of another owner, resulting in a substantially different value conclusion. The analyst valuing a partnership interest subject to any such complications probably will need to read the partnership agreement to be sure that the partners' rights are understood.

## Federal Income Tax Returns

There are common reasons for discrepancies between the amounts and items reported on financial statements and those reported on federal income tax returns. Many of the differences are simply resulting from timing differences, such as different methods of revenue recognition and cost recovery of capital expenditures.

For corporations filing Form 1120, "U.S. Corporate Income Tax Return," a summary of differences between tax return reporting and financial statement reporting is found in Schedule M-1, "Reconciliation of Income per Books with Income per Return."

If such differences exist, the analyst must use his or her professional judgment to determine which figures will provide the most appropriate basis for appraisal purposes. A general rule is that the analyst should select the statements that most closely conform to industry practices and would most fairly represent the company's financial position and earning power. Normally, the financial data and ratios derived from income tax return data would not be relied upon when comparing the subject company to the financial data and ratios derived from the audited financial statements of publicly traded guideline companies.

It is not unusual to find small companies without any formally prepared financial statements. In this case, the analyst has only the income tax returns as a basis for financial statements. In this situation, financial statements can be formatted in the conventional manner by the analyst by recasting information from the tax returns.

Many federal income tax forms may contain relevant data for a particular valuation assignment. A discussion of the various forms and their use would be too detailed to fit within the scope of this book. Internal Revenue Service "Package X" is a two-volume set of informational copies of federal tax forms, along with their instructions, which is available on a complimentary basis from the IRS.

## Interim Statements

Interim statements are those prepared as of a date other than the last day of the fiscal year. Analysis of interim statements can give a more timely indication of the financial performance of the subject company and can provide a better understanding of businesses with highly seasonal operations whose trends the analyst may want to track on a monthly or quarterly basis.

Some privately held companies prepare interim statements monthly. It is important, however, that the analyst have an idea of these statements' usefulness before demanding the effort required to develop this information.

Several factors influence the usefulness of interim statements, particularly:

1. The proximity of the valuation date to the fiscal year-end.
2. The quality of the interim statements.
3. The importance of seasonality to the subject company.
4. The extent to which interim statements are likely to affect the conclusion.

Often, information regarding the latest 12 months (LTM) of operations can provide a worthwhile perspective about the company's condition. When LTM analysis is conducted, the interim statements for the subject time period plus the interim statements for the corresponding period during the prior fiscal year are needed.

Interim statements usually do not contain certain adjustments typically made when closing the books at year-end for a variety of accrual items, such as a physical inventory inspection, prepaid expenses, and bad debt accounts.

Therefore, to interpret interim statements and use them as if they were comparable to fiscal year-end statements, the analyst probably will need to obtain additional information with which to approximate such adjustments.

# Other Financial Schedules

The purpose of requesting financial information regarding equipment lists, aged receivables, aged payables, and prepaid expenses is to give the analyst familiarity with the accounting policies of the company and to alert the analyst to special situations that could affect the valuation. Also, when applying the asset accumulation approach to business valuation (see Chapter 12), normal operating assets should be distinguished from excess assets and should be separately identified and valued. Chapter 7 on analyzing financial statements discusses when and how some of this information may be used.

## Current Assets and Liabilities

Depending on the situation, any or all of the following schedules may be relevant:

- Aged receivables list.
- Aged payables list.
- Marketable securities list.
- Prepaid expense list.
- Inventory list.

Among other things, an understanding of a company's current assets and liabilities gives insight into the company's working capital needs.

**Aged Receivables and Payables Lists.** The *aged receivables list* can yield insight into the company's profitability, and even viability. However, many relatively small companies do not prepare them. Because the aged list gives the appraiser a useful means for recognizing situations that could affect the

company's value, the analyst should have either the client's accounting department or a member of his or her own staff prepare one, if appropriate.

The *aged payables list* may be particularly relevant if it appears that a company's working capital may be deficient.

**Marketable Securities List.** For companies that maintain an investment portfolio of marketable securities, knowing what they are helps to understand how they should best be treated in the valuation process.

**Prepaid Expense List.** Adjustments to prepaid expenses may be appropriate in some cases, and a listing will help to make this determination as well as provide insight into working capital needs.

**Inventory List.** The amount of detail desired in the inventory list will vary from one appraisal to another. Depending upon the inventory's importance to the valuation conclusion and to the extent to which inventory accounting methods vary within the particular industry, the amount of inventory data to be gathered will vary. In any case, the total should be reconcilable with the inventory as presented on the financial statements, using whatever adjustments conform to the company's method of inventory valuation. The company's inventory write-down policy may also call for a market value adjustment.

## Plant and Equipment

**Property Lists.** Lists of property owned should include the acquisition date, a description adequate for identifying each piece or group, the original cost, the depreciation method and life used, and the net depreciated value. The totals of such schedules should reconcile with line items in the financial statements. For real estate, the schedule should show the size (acres of land and dimensions and square feet of floor space of buildings), with a brief description of the construction and any special features. It should also indicate the dates and costs of additions and remodeling.

**Evidence of Real and Personal Property Values.** Indicators of current real estate and equipment asset values can be helpful. An independent appraisal by a qualified practitioner, if available, usually is a more reliable guide to asset value than either a property tax assessment or an insurance appraisal. Property tax assessments are usually readily available but may represent a standard of value that is different from the one required for the business valuation. Insurance appraisals have a tendency to use the replacement value standard instead of the market value standard and thereby overvalue used property. This is because insurance appraisals attempt to ensure that the insurance will be adequate to cover potential losses.

## Officers' and Directors' Compensation Schedule

An officers' and directors' compensation and benefits schedule usually should be prepared for the same number of years as the financial statements. The income statement could conceivably be adjusted in order to identify the company's earning capacity (see Chapter 7). The benefits of ownership should be identified.

Employees related to the owners should be included on the list. The analyst should be mindful that the IRS sometimes attempts to depict compensation paid to owners as excessive, so as to get dividend tax treatment for a portion of it. The analyst should be careful to describe any adjustments made to compensation in order to avoid triggering unfavorable tax consequences for the client. These benefits might include:

- Base salary.
- Bonuses or commissions.
- Pension contributions.
- Profit sharing plans.
- Other employee benefit funds.
- Life insurance policies.
- Noncash contributions:
  - — Stock options.
  - — Company cars.
  - — Country club memberships.
  - — Other company property used (plane, boat, condominium, etc.).
  - — Expenses paid or reimbursed to the employee.

### Distribution of Ownership

The list of equity owners should include each owner's name and the number of shares or partnership units held by each as of the valuation date. The ownership list should describe and quantify individual and other entity ownership, especially if there is more than one class of equity. Family members and other relationships among the equity owners should be identified.

### Dividend or Partnership Withdrawal Schedule

The *dividend schedule* normally should cover the same time period as the financial statements. It should show the date of each dividend payment and the per share amount for each class of stock or per unit amount for each class of partnership unit.

### Schedule of Key-Person Life Insurance

In many companies, the loss of a single key employee can have a significant impact on the company's operations. It is always desirable to know how much of this risk is covered by life insurance. A schedule of key-person life insurance will help identify how much key employee risk affects the value of the business.

## Off-Balance-Sheet Assets or Liabilities

Many financial items that can significantly affect the business's value do not appear as line items on the balance sheet, usually because they are of a contingent nature. Such items may or may not be referenced in footnotes.

One of the most common "off-balance-sheet" assets or liabilities is a prospective award or payment arising from a lawsuit. The appraiser should inquire about any pending or potential suits and note the details.

This category could also include the potential cost of compliance with environmental, OSHA, or other government requirements. The adequacy of reserves for claims or other product-related liabilities should also be explored. Overfunded pension plans are another potential hidden asset, or, conversely, underfunded plans a hidden liability.

Information regarding intangible assets, both those recorded on the balance sheet and those off-balance-sheet intangibles, such as patents, copyrights, and trademarks, should include a description of the property protected by this legal right and the expiration date of the right. The list of intangibles should include a brief description and enough information to understand these items. The importance to the business's value of these legal rights and degree of detail required varies by situation. The importance of intangible assets is covered in Part VI of this book along with some of the documentation necessary to reflect their impact on the business's value.

## Related Party Transaction Information

When it comes to related party transactions, it is important that the analyst gather as much information as is available to determine the nature of the transactions and their propriety.

As the Financial Accounting Standards Board (FASB) states in its *Statement No. 57* regarding *related party transactions:*

> Related party[3] transactions may be controlled by one of the parties so that those transactions may be affected significantly by considerations other than those in arm's-length transactions with unrelated parties.[4]
>
> Without disclosure to the contrary, there is a general presumption that the transactions reflected in the financial statements have been consummated on an arm's-length basis between independent parties...Because it is possible for related party transactions to be arranged to obtain certain results desired by the related parties, the resulting accounting measures may not represent what they usually would be expected to represent.[5]

Related party transactions may be controlled entirely by one of the parties so that those transactions may be affected significantly by considerations other than those in arm's-length transactions with unrelated parties.

In the absence of audited financial statements, which will include related party information in their accompanying notes, the analyst should have a list prepared that describes the terms of the transactions. These types of related party transactions could include loans to and from related parties, leases, or purchases from or sales to related parties, guarantees to or for related parties, and so on.

---

[3]Defined in *Statement of the Financial Accounting Standards Board No. 57,* Appendix B(f).

[4]*SFAS No. 57,* Appendix A, para. 13 (1982).

[5]Ibid., para. 15.

# Operating Information

## Company History

The history of the company should put the business in the proper context for the user of the valuation analysis. A relatively brief history will suffice in most cases. The history should indicate how long the company has been in business and some chronology of major changes, such as form of organization, controlling ownership, location of operations, and lines of business. Sometimes predecessor companies are a relevant part of the background. A detailed explanation of the history may be required in some instances, and sometimes certain transactions that fundamentally contributed to the company's composition, as of the valuation date, should be included.

## Brochures, Catalogs, and Price Lists

The company should furnish the analyst with a set of its sales materials, such as brochures, catalogs, and price lists. These items will enable the analyst to become familiar with the company's products, services, and pricing and to evaluate the written sales materials. As with many of the written items furnished, these will help the analyst get an overview of the company and prepare relevant questions for the visit to the company's facilities and inquiries of company personnel.

## Key Personnel

Hiring, stimulating, and retaining human resources is often the closely held business owner's biggest challenge. Key personnel include directors and officers, heads of departments or divisions, and anyone else who plays an important part in the company's operation. Data on key personnel should include the person's age, position, tenure with the company and in the industry, educational and professional credentials, and compensation. An organization chart may help the analyst identify key personnel.

## Customer and Supplier Base

**Customer Base.** A customer base is especially important for businesses that rely on only a few customers for a significant portion of their revenue and/or profit. Many businesses fall under the "80/20 rule" where 80 percent of their revenue is attributable to 20 percent of their customers. The information to analyze the impact on value attributable to a customer base includes a list, in order of size of revenue (or profit), of the largest customers. The list should include revenue by customer for the most recent fiscal period and the dollar amounts of revenue for several prior periods. The columns for the prior periods should also show customers that accounted for a significant proportion of the revenue in the prior period, even if they are not on the current period's largest customer list. Sometimes a budgeted figure for each customer for the forthcoming period is available.

Case 1:22-cv-20375-RKA Document 157-5 Entered on FLSD Docket 10/02/2023 Page 13 of 16



**Order Backlog.** If the company's order backlog (customer orders yet to be filled) is a significant factor in the business, the analyst should compare the backlog on the valuation date with that on previous dates. Such comparison, especially with the backlog one year before the valuation date, is one indication of the company's prospects.

**Supplier Base.** Like the customer base, the supplier base can be an important factor affecting the value of a business, especially if the future availability of supplies is uncertain enough to increase the company's risk. The supplier list could take the same format as the customer base.

### Contractual Agreements and Obligations

Also, a variety of other contractual commitments (e.g., leases, loans, franchise agreements, distributor agreements, customer contracts, etc.) can have a significant impact on the value of a particular business interest. The list of potential contractual commitments is nearly infinite. The analyst should draw on personal experience to inquire about contracts that typically occur in certain lines of business and ask management whether any significant contracts exist. Some factors that should be analyzed are the rights of ownership for the specific term, restrictive covenants, transferability, favorable or unfavorable rates relative to rates available as of the valuation date, renewal options, personal guarantees, and the penalties that the company could suffer for lack of performance under these commitments.

### Industry and Trade Association Information

Industry information can be provided by the subject company, in many cases, more readily than relying on independent research. A description of the industry, its trends, and competitive environment is usually accessible from the company. It is also helpful if the company can furnish a list of trade associations to which it belongs, or is eligible to belong, along with the name and address of the executive director of each. Copies of relevant publications from trade associations, governmental agencies, and other industry sources can often be readily supplied by the company.

## List of Past Transactions in the Stock or Offers to Buy

To the extent that past transactions in the stock were at arm's length, they provide objective evidence of value. Even if not accepted, a bona fide offer, particularly if submitted in writing, can at least corroborate the value. In preparing the record of past transactions or offers, it is important to list any relationships among the parties to determine whether each transaction was at arm's length. The transaction record usually should go as far back as the number of years of financial statements used. On this basis, past transaction prices can be compared with then current book values, earnings, or other relevant variables.

If the company has made an acquisition, details of the acquisition may be an extremely relevant past transaction. This is an important category of past transactions that often is overlooked.

# Budgets and Forecasts

Budgets or forecasts prepared by closely held companies vary widely from no written budget ("It's all in my head. It doesn't need to be written down.") to fairly detailed and accurate ones. Since the value of a business interest ultimately depends on what the business will accomplish in the future, reasonable estimates of future expectations should help in arriving at a value. A good way to test the quality of a company's budgeting process is to compare past budgets to actual results.

Budgets and forecasts are an important component in valuations for mergers and acquisitions. On the other hand, some courts, such as divorce courts in California, are reluctant to accept budgets because the future is inherently unprovable and because they may incorporate fruits of a spouse's future efforts. In most cases, however, a company that produces convincing budgets will command a higher value than one that does not.

# Capital Requirements

The needs of the business for capital play a part in the valuation because they are an integral part of estimating net cash flow and dividend-paying capacity. Capital requirements include items such as:

- Making capital expenditures.
- Remedying deferred maintenance.
- Increasing working capital.

The proper amount paid to the seller would be the total value of a properly financed business, less the amount of the required cash infusion. When cash infusions are known or reasonably expected to be required in the foreseeable future to support the expected earnings, they must be reflected as a cash outflow, the present value of which should represent a decrease in the value of the business as otherwise determined.

## Capital Expenditures

Capital expenditures include replacements of worn out or obsolescent existing plant and equipment plus any additions to plant and equipment necessary to produce any revenues contemplated in the valuation. The latter category would include items needed to remain competitive and maintain the company's position, plus anything needed to support whatever level of growth is contemplated in the valuation methodology and parameters used.

Capital expenditures are a specific component in the discounted or capitalized economic income methods. When using a market comparison approach to valuation, capital expenditure requirements may influence valuation multiples chosen if the subject company's capital expenditure requirements are significantly different relative to guideline companies. Alternatively, abnormal capital expenditure requirements may be treated as a direct decrement or increment to value determined through income or market valuation methods.

## Deferred Maintenance

Some businesses have not maintained their plant and equipment to a competitive level of efficiency and productivity. While expenditures to remedy this condition may be expensed for accounting and tax purposes, they nevertheless require an outlay of funds that detracts from value. The treatment as to how they impact value can be handled essentially the same as capital expenditures.

## Working Capital Requirements

A company's working capital requirements can be estimated based on analysis of its past operations, industry data, guideline company data, and discussions with management. It is common to find companies with either excessive or inadequate working capital. Excesses or inadequacies in the valuation data can be treated in the valuation much as other capital requirements may be treated.

If revenue growth is anticipated, growth in working capital generally must also be anticipated. Changes in net working capital are a specific component in the discounted or capitalized economic income methods. When using a market approach to valuation, working capital requirements that differ significantly from guideline companies may be reflected in valuation multiples.

# Company Documents Relating to the Rights of Owners

## Corporate or Partnership Records

The official documents of a corporation or partnership often hold facts that significantly affect the valuation of the entity or of certain specific interests in the entity. The articles of incorporation or the partnership agreement, along with any amendments, and documents specifying rights attaching to each class of outstanding equity provide information that is particularly important for businesses with more than one class of equity. Other information in the articles or bylaws may be relevant to the value. Partnership agreements should describe the rights and privileges of each partner.

Board of directors' meeting and shareholders' meeting minutes may be important, especially regarding transactions with related parties.

## Buy–Sell and ESOP Agreements

Buy–sell or repurchase agreements among stockholders—or between stockholders and the company—may contain provisions that can severely impact the value of the shares to which they apply. These agreements often restrict the marketability of the subject shares, and they can, correspondingly, affect the value of other classes of equity as well. Provisions in such agreements may address the question of value directly or may restrict transferability, which may bear on the value of the affected shares. On the other hand, in certain litigation scenarios, the restrictive provisions of a buy–sell agreement may not be applicable to the standard of value being sought and, at the instruction of counsel, are to be ignored.

If the company has an employee stock ownership plan (ESOP), then the terms of the buy-back provisions can have a major bearing on the marketability of the shares involved and, thus, must be considered when valuing ESOP shares. In some cases, the existence of an ESOP may provide a limited market for non-ESOP shares.

## Employment and Noncompete Agreements

Employment agreements with key personnel may affect the company's value, as may agreements not to compete. These agreements could have either a positive or negative effect on value depending on the relationship between the cost of the contract and the person's value to the company.

# Summary

Gathering and analyzing the foregoing information will give the analyst the groundwork on which to base the company interview and pinpoint still-needed details that are relevant to the valuation assignment. The specific material needed will vary with the valuation assignment and is a matter of the analyst's judgment. Following the suggestions in this chapter will help the analyst to avoid the common pitfall of overlooking certain company data that may have a significant bearing on the value of the business or interest being appraised. The chapter should also help company officials and/or attorneys to be well prepared for an efficient and productive data gathering process.