UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:22-cv-20375-RKA

DAVID FEINGOLD and MICHAEL DAZZO,

    Plaintiffs,

vs.

RICHARD CARDINALE, VANIA CARDINALE,
RVCNY, LLC. and RVCSI, LLC.,

    Defendants.
_____/

## **PLAINTIFF, NOTICE OF FILING OF RETURN OF SERVICE**

Plaintiffs David Feingold and Michael Dazzo file this Notice of Filing of Return of Service
1. Return of Service served on Joseph D. Sciarrino CPA.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 6th day of September, 2024, I electronically filed the above document using CM/ECF set forth upon all parties via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those who are not authorized to receive electronically Notices of Electronic Filing.

    Respectfully submitted,

    DANIELS, RODRIGUEZ, BERKELEY,
    DANIELS & CRUZ, PA
    Attorneys for Plaintiffs
    490 Sawgrass Corporate Parkway
    Suite 320
    Sunrise, Florida 33325
    Tel: (305) 448-7988
    Fax: (305) 448-7978
    By: /s/Lorne E. Berkeley, Esq.
    LORNE E. BERKELEY, ESQ.
    Fla. Bar No.: 146099
    E-mail: Lberkeley@drbdc-law.com

# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 22-20375

Plaintiff:
**DAVID FEINGOLD and MICHAEL DAZZO**

vs.

Defendant:
**RICHARD CARDINALE, VANIA CARDINALE, RVCNY, LLC and RVCSI, LLC**

For:
Daniels Rodriguez Berkeley Daniels & Cruz
4000 Ponce De Leon Blvd
Suite 800
Coral Gables, FL 33146

Received by GORMAN PROCESS SERVICE, LLC on the **28th day of August, 2024** at **9:14 am** to be served on **JOSEPH D. SCIARRINO CPA, 2078 Richmond Avenue, STATEN ISLAND, NY 10314**.

I, GORMAN PROCESS SERVICE, do hereby affirm that on the **28th day of August, 2024** at **1:05 pm, I:**

served an **AUTHORIZED person** by delivering a true copy of the **SUBPOENA FOR DEPOSITION** with the date and hour of service endorsed thereon by me, to: **CLAUDIA DIBIASE** as **RECEPTIONIST** at the address of: **2078 Richmond Avenue, STATEN ISLAND, NY 10314**, who stated they are authorized to accept service for **JOSEPH D. SCIARRINO CPA**, and informed said person of the contents therein, in compliance with state statutes.

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the circuit in which it was served. Under penalty of perjury, I declare that I have read the foregoing Verified Returned of Service and that the facts stated in it are true. I am in good standing in the circuit in which document was served. PURSUANT TO F.S. 92.525 (2), NOTARY NOT REQUIRED

**GORMAN PROCESS SERVICE**
Process Server

**GORMAN PROCESS SERVICE, LLC**
**11767 South Dixie Highway**
**Suite 201**
**Miami, FL 33156**
**(305) 971-9636**

Our Job Serial Number: ARG-2024002673