**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cv-20375-ALTMAN/Reid**

**DAVID FEINGOLD**, *et al.*,

    *Plaintiffs*,

v.

**RICHARD CARDINALE**, *et al.*,

    *Defendants.*

_____/

**ORDER GRANTING JOINT MOTION FOR STAY**

The parties filed a joint motion asking us to "stay this action without date to allow the parties adequate time to complete a settlement." Joint Motion to Stay [ECF No. 328] at 1. After careful review, we hereby **ORDER and ADJUDGE** as follows:

1. The Joint Motion to Stay [ECF No. 328] is **GRANTED**. The case shall be **STAYED** until the parties reach a settlement agreement or any party moves to lift the stay and reopen the case.

2. Within **thirty days**—and every thirty days thereafter until the case settles—the parties shall file a joint status report apprising us of the status of this case and the progress of a potential settlement agreement.

3. The pending Expedited Motion for Preliminary Anti-Suit Injunction [ECF No. 233] and Motion to Dismiss [ECF No. 263] are provisionally **DENIED as moot**. Magistrate Judge Reid's Report and Recommendation on the Expedited Motion for Preliminary Anti-Suit Injunction [ECF No. 315] is provisionally **REJECTED as moot**. If the parties fail to reach a settlement, we'll vacate this portion of the Order and adjudicate these two motions and the Report and Recommendation on the merits.

4. The case shall remain administratively **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on August 27, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record