UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-20375-ALTMAN/REID

DAVID FEINGOLD, *et al.*,

    Plaintiffs,

v.

RICHARD CARDINALE, *et al.*,

    Defendants.

_____/

## PLAINTIFFS' MOTION TO PERMIT USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM

Plaintiffs, David Feingold, Michael Dazzo ("Dazzo"), and Blackstream Development, LLC (collectively, "Plaintiffs"), move this Court for an entry of an order permitting the use of certain electronic equipment in the courtroom and in support thereof state:

1. This action is set for status conference on January 22, 2026. Order Scheduling Status Conferences [ECF 335] ("Order").

2. The Order requires Plaintiffs' counsel to "appear with the entire case file." Order ¶ 5.

3. The case file is maintained electronically. Plaintiffs' counsel, therefore, requests that their attorneys, listed below, be permitted to bring into the courthouse laptop computers and cords, tablets, and smartphones:

    a. Irwin Weltz, Esq.

    b. Thomas Scott Wolinetz, Esq.

    c. Ioannis (Ian) Conits, Esq.

    d. Lorne E. Berkeley, Esq.

  e. Spencer H. Silverglate, Esq.

  f. Ana Sarmento, Esq.

4. The electronic equipment will assist the Court and counsel at the status conference and be appropriately utilized.

WHEREFORE, Plaintiffs respectfully ask the Court to grant the foregoing motion and enter an order granting permission to bring electronic equipment into the courthouse and courtroom for status conference on January 22, 2026.

## CERTIFICATE OF CONFERRAL

Counsel for Plaintiffs conferred with counsel for Defendants, who does not object to the relief requested herein

| | |
|---|---|
| By: /s/ *Lorne E. Berkeley* <br>**BERKELEY LAW P.A.** <br>10600 Griffin Road, Suite 104 <br>Cooper City, Florida 33328 <br>Lorne E. Berkeley <br>Fla. Bar No. 146099 <br>lorne@berkeleylaw.com <br>LegalAssistant@BerkeleyLawFL.com <br><br>By: /s/ *Irwin Weltz* <br>**WELTZ KAKOS GERBI WOLINETZ VOLYNSKY LLP** <br>1 Old Country Road, Suite 275 <br>Carle Place, New York 11514 <br>T. 516.506.0561 <br>Irwin Weltz* <br>iweltz@weltz.law <br>Thomas Scot Wolinetz <br>twolinetz@weltz.law <br>*Admitted Pro Hac Vice <br><br>*Counsel for Plaintiffs David Feingold and Michael Dazzo* | By: /s/ *Spencer H. Silverglate* <br>**CLARKE SILVERGLATE, P.A.** <br>5301 Blue Lagoon Drive, Suite 900 <br>Miami, Florida 33126 <br>T. 305.377.0700 <br>SPENCER H. SILVERGLATE <br>Fla. Bar No. 769223 <br>ssilverglate@cspalaw.com <br>STEPHANIE SIMM <br>Fla. Bar No. 15486 <br>ssimm@cspalaw.com <br>ANA SARMENTO <br>Fla. Bar No. 1025053 <br>asarmento@cspalaw.com <br><br>By: /s/ *Ioannis (Ian) Conits* <br>**GALLIVAN WHITE BOYD P.A.** <br>55 Beattie Place, Suite 1200 <br>Greenville, South Carolina 29601 <br>T. 864.271.5432 <br>John T. Lay, Jr.* <br>jlay@gwblawfirm.com <br>Ioannis (Ian) G. Conits* <br>iconits@gwblawfirm.com <br>* Admitted Pro Hac Vice |

*Counsel for Plaintiff Blackstream Development, LLC*

### CERTIFICATE OF SERVICE

**WE CERTIFY** that on this 20th day of January 2026, the foregoing was electronically filed with the Clerk of the Court using CM/ECF. We also certify that this document is being served on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

/s/Spencer Silverglate
Spencer Silverglate