UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-20375-ALTMAN/Reid

**DAVID FEINGOLD**, *et al.*,

    *Plaintiffs*,

*v.*

**RICHARD CARDINALE**, *et al.*,

    *Defendants.*
_____/

## ORDER

The Plaintiffs have filed an Unopposed Motion to Bring Electronic Equipment into the Courtroom [ECF No. 336]. After review, we hereby **ORDER and ADJUDGE** that the following attorneys may bring laptop computers, electronic tablets, and smartphones into the courtroom for the status conference on January 22, 2026:

1. Irwin Weltz;
2. Thomas Scot Wolinetz;
3. Ioannis (Ian) Conits;
4. Lorne E. Berkeley;
5. Spencer H. Silverglate; and
6. Ana Sarmento.

**DONE AND ORDERED** in the Southern District of Florida on January 21, 2026

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record