## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

DAVID FEINGOLD, et al.,

    Plaintiffs,

v.                                                          Case No. 1:22-cv-20375-ALTMAN/REID

RICHARD CARDINALE, et al.,

    Defendants.

_____/

## NOTICE OF CHANGE OF ADDRESS, EMAIL AND LAW FIRM NAME

    Attorney JARED E. DWYER files this Notice of Change of Address, Email and Law Firm Name in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

> DWYER LAW, P.A.
> 201 South Biscayne Boulevard
> Suite 1300
> Miami, FL 33131
> jdwyer@jdwyerlaw.com

DATED:  January 27, 2026.                  Respectfully submitted,

> **DWYER LAW, P.A.**
> 201 South Biscayne Boulevard
> Suite 1300
> Miami, FL 33131
> Telephone: (305) 704-7225
> Facsimile: (305) 704-7233
>
> By: */s/ Jared E. Dwyer*
> JARED E. DWYER
> Florida Bar No. 104082
> jdwyer@jdwyerlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 27th day of January, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, and that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Jared E. Dwyer*
JARED E. DWYER